IN THE UNITED STATES BANKRUPTCY COURT,
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JACQUELINE BERGERON | * | |
| | | Case No:  13-26666 |
| | * | Chapter   7 |
| Debtor | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED NOTICE OF CONTINUED
### SECTION 341 MEETING OF CREDITORS (EXPEDITED)

YOU ARE HEREBY NOTIFIED that the initial Section 341 meeting of creditors for the above-captioned case, scheduled for Monday, November 18, 2013, at 1:00 p.m., has been rescheduled to Monday, November 18, 2013 at 10:30 a.m. (expedited).  The meeting will be conducted at 1 East Franklin Street, 2nd Floor, Hagerstown, MD  21740.

/s/ STEPHEN A. GLESSNER
STEPHEN A. GLESSNER
Federal Bar No. 26631
226 East Patrick Street
Frederick, MD  21701
(301) 663-8200
Attorney for the Debtor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2013, I mailed, first-class, postage prepaid, a copy of the foregoing Notice of Continued Section 341 Meeting of Creditors to all of the creditors on the Debtor's mailing matrix.

And Sent Electronically To:

Ms. Janet Nesse, Trustee            jnesse@stinson.com

/s/ STEPHEN A. GLESSNER
STEPHEN A. GLESSNER